*Solicitor . General Hughes, Assistant Attorney General Galloway,* and *Messrs. Claude R. Branch* and *Harry E. Knight* for respondent.

No. 221. Royal Baking Powder Co. *v.* Federal Trade Comm'n et al. October 21, 1929. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Messrs. Matthew E. O'Brien* and *Matthew H. O'Brien* for petitioner. *Solicitor General Hughes* and *Messrs. Claude R. Branch, Robert E. Healy, Adrien F. Busick,* and *Martin A. Morrison* for respondents.

No. 224. Johnson-Wentworth Co. *v.* McDonough. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Charles Neave* for petitioner. *Mr. Amasa C. Paul* for respondent.

No. 225. Bodkin *v.* United States. October 21, 1929. Petition for writ of certiorari to the Court of Claims denied. *Mr. Patrick H. Loughran* for petitioner. *Solicitor General Hughes, Assistant Attorney General Galloway,* and *Messrs. George C. Butte* and *J. Robert Anderson* for the United States.

No. 227. Illinois Coal Corp'n *v.* American Mine Equipment Co. et al.; and

No. 228. Same *v.* Same. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. S. O. Levinson* and